IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
03 NOV 24 AM 10: 17
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| SABRINA DENISE SHAKIR, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UMG RECORDINGS, INC. d/b/a MCA ) <br> RECORDS, MARY J. BLIGE, ) <br> MARLON MARCELS, and KIRK ) <br> BURROWES, of Burrowes Entertainment, ) <br> ) <br> Defendants. ) <br> ) | Civil Action Number <br> 02-C-1755-S <br> <br> **ENTERED** <br> <br> **NOV 2 4 2003** |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW ON MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANTS MARLON MARCELS AND KIRK BURROWES**

Based on the evidence of record, the Court makes the following Findings of Fact.

1. Defendants Marlon Marcels and Kirk Burrowes were properly served with the Summons and Amended Complaint in this action on September 18, 2002.

2. The said Defendants have failed to answer or otherwise plead to the Complaint within the time fixed by law;

3. On application of Plaintiff, the Clerk of this Court entered default against Defendants Marlon Marcels and Kirk Burrowes on February 13, 2003.

4. Neither Defendant Marlon Marcels nor Kirk Burrowes is incompetent, an infants, or a member of the United States Armed Services.

Based on these findings, Plaintiff is entitled to a default judgment against Defendants Marlon Marcels and Kirk Burrowes, separately and severally.

58

By separate order, default judgment shall be entered against these Defendants.

Done this _21st_ day of November, 2003.

_____
Chief United States District Judge
U.W. Clemon